UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COMPREHENSIVE INDUSTRIAL DISABILITY MANAGEMENT, INC.**, <br> Plaintiff, <br> v. <br> **EFFECTIVE HEALTH SYSTEMS, INC., ET AL.**, <br> Defendants. | Case No. 15-cv-00071-YGR <br><br> **ORDER GRANTING MOTION FOR LEAVE TO AMEND** <br><br> Re: Dkt. No. 51 |

On June 5, 2015, the plaintiff filed a motion for leave to file a First Amended Complaint. (Dkt. No. 51.) Defendants Chopra Consulting, LLC and Arvinder Chopra filed an opposition thereto. (Dkt. No. 56.) The Court entertained discussion on the motion at the June 22, 2015 Case Management Conference. For the reasons stated on the record, and good cause shown, the motion is **GRANTED**.

This Order terminates Docket Number 51. The hearing set for July 21, 2015 is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**