| | |
|---|---|
| RAJIV DHARNIDHARKA (Bar No. 234756)<br>rajiv.dharnidharka@dlapiper.com<br>DEBORAH E. MCCRIMMON (Bar No. 229769)<br>deborah.mccrimmon@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105-2933<br>Telephone: 415.836.2500<br>Facsimile: 415.836.2501<br><br>Attorneys for Plaintiff<br>COMPREHENSIVE INDUSTRIAL<br>DISABILITY MANAGEMENT | RICHARD C. VASQUEZ (Bar No. 127228)<br>rvasquez@vbllaw.com<br>JEFFREY T. LINDGREN (Bar No. 176400)<br>jlindgren@vbllaw.com<br>ERIC W. BENISEK (Bar No. 209520)<br>ebenisek@vbllaw.com<br>STEPHEN C. STEINBERG (Bar No. 230656)<br>ssteinberg@vbllaw.com<br>**VASQUEZ BENISEK & LINDGREN LLP**<br>3685 Mt. Diablo Blvd., Suite 300<br>Lafayette, California 94549<br>Telephone: 925.627.4250<br>Facsimile: 925.403.0900 |
| STEVEN L. KRONGOLD (Bar No. 125952)<br>**KRONGOLD LAW CORP., P.C.**<br>**A PROFESSIONAL CORPORATION**<br>100 Spectrum Center Drive, Suite 900<br>Irvine, California 92618<br>Telephone: 949.651-1900<br>Facsimile: 866.395-7003<br><br>Attorney for Defendants<br>EFFECTIVE HEALTH SYSTEMS, INC.<br>& JAMES SCHLUETER | Attorneys for Defendants CHOPRA<br>CONSULTING, LLC & ARVINDER<br>CHOPRA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMPREHENSIVE INDUSTRIAL DISABILITY MANAGEMENT, INC. a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>EFFECTIVE HEALTH SYSTEMS, INC. a California corporation, JAMES SCHLUETER, an individual, CHOPRA CONSULTING, LLC, a California limited liability company, and ARVINDER CHOPRA, an individual,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:15-cv-00071-YGR<br>Hon. Yvonne Gonzalez Rogers<br><br>**ORDER GRANTING**<br>**STIPULATION OF DISMISSAL OF**<br>**ENTIRE ACTION WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)(A)(ii), (c)]** |

1  Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, the
2  parties hereby stipulate, by and through their counsel, to dismiss the entire action, including all
3  claims and counterclaims, with prejudice.

4  Dated: August 21, 2015         DLA PIPER LLP (US)

                                  By: /s/ Rajiv Dharnidharka
                                      RAJIV DHARNIDHARKA
                                      DEBORAH E. MCCRIMMON
                                      Attorneys for Plaintiff
                                      COMPREHENSIVE INDUSTRIAL
                                      DISABILITY MANAGEMENT, INC.

9  Dated: August 21, 2015         KRONGOLD LAW CORP., P.C.

                                  By: /s/ Steven L. Krongold
                                      STEVEN L. KRONGOLD
                                      Attorney for Defendants
                                      EFFECTIVE HEALTH SYSTEMS, INC.
                                      & JAMES SCHLUETER

15 Dated: August 21, 2015         VASQUEZ BENISEK & LINDGREN LLP

                                  By: /s/ Richard C. Vasquez
                                      RICHARD C. VASQUEZ
                                      Attorneys for Defendants
                                      CHOPRA CONSULTING, LLC &
                                      ARVINDER CHOPRA

## ORDER

Based upon the foregoing stipulation, all claims and counterclaims in this action are
DISMISSED WITH PREJUDICE.   IT IS SO ORDERED.

Dated: August 28, 2015

                                  _____
                                  YVONNE GONZALEZ ROGERS
                                  U.S. DISTRICT COURT JUDGE

-1-
RULE 41 STIPULATION OF DISMISSAL OF ALL ENTIRE ACTION WITH PREJUDICE / 4:15-cv-00071-YGR
WEST\259935437.1